JS-6

Laura L. Ho (SBN 173179)
lho@gbdhlegal.com
Ginger Grimes (SBN 307168)
ggrimes@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612
Tel:  (510) 763-9800
Fax:  (510) 835-1417

HELEN U. KIM (SBN 260195)
helen@helenkimlaw.com
Frank H. Kim (SBN 264609)
frank@helenkimlaw.com
HELEN KIM LAW, APC
3435 Wilshire Blvd, Suite 2700
Los Angeles, CA 90010
Tel: (323) 487-9151
Fax: (866) 652-7819

Attorneys for Plaintiffs

PAUL HASTINGS LLP
ELENA R. BACA (SB# 160564)
elenabaca@paulhastings.com
CHRIS A. JALIAN (SB# 295564)
chrisjalian@paulhastings.com
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

Attorneys for Defendants
LIVE NATION WORLDWIDE, INC. and LIVE NATION ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIL GUPTA, COLIN GHARRITY, and MORGAN KATZ, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | **Case No. 2:21-cv-07081**<br><br>**ORDER re Stipulation for Dismissal** |

**ORDER OF DISMISSAL**

The Court, having received and reviewed the Stipulation for Dismissal, and GOOD CAUSE appearing, herein orders as follows:

1. The settlements of the FLSA claims of Plaintiffs Gupta, Gharrity, and Katz are approved as fair resolutions of a bona fide dispute over the FLSA's provisions; and

2. The above-titled action shall be dismissed with prejudice.

IT IS SO ORDERED.

DATED: September 17, 2021

_____
PHILIP S. GUTIERREZ, CHIEF JUDGE